AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>25-8108MB | Date and time warrant executed:<br>2/26/2025 10:45 am | Copy of warrant and inventory left with:<br>USPIS CASE FILE |

Inventory made in the presence of :
  Postal Inspector Jeff Agster and Analyst K. Herrington

Inventory of the property taken and name of any person(s) seized:

LABEL NUMBER: 9505512190795055852867

- Brown cardboard box bearing tracking number 9505512190795055852867
- Sheets, basket, brush set, candy
- Marijuana vape cartridges weighing 1,819.7g

NOTHING FURTHER

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  02/26/2025

*Jeffrey C. Agster*
*Executing officer's signature*

Jeffery C. Agster, Postal Inspector
*Printed name and title*